AMY N. TIRRE, ESQ.
Nevada Bar No. 6523
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, NV 89511
Telephone: (775) 852-3900
Facsimile: (775) 852-3982
E-Mail: atirre@kkbrf.com

Attorneys for Alternative Debt Portfolios, L.P.;
and Alternative Debt Portfolios, LLC;

**Electronically filed on August 10, 2006**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

E-Z PAY SERVICES, INC., a Nevada corporation,

Debtor.

Case No. BK-N-06-50567-GWZ
Chapter 11

**MOTION FOR ORDER SHORTENING TIME FOR HEARING ON ALTERNATIVE DEBT PORTFOLIOS' MOTION TO APPOINT TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) and (b)**

Hearing Date:
Hearing Time:
Est. Time:

Alternative Debt Portfolios, L.P., and Alternative Debt Portfolios, LLC, ("ADP") by and through counsel, Amy N. Tirre, Esq., Kummer Kaempfer Bonner Renshaw & Ferrario, move for an order shortening time for the hearing on the Motion to Appoint Trustee Pursuant to 11 U.S.C. § 1104(a) and (b) ("Motion to Appoint Trustee") based upon the ground that Debtor's principal and CEO, Debra Distler has committed acts of fraud, dishonesty and gross mismanagement to the detriment of the Debtor E-Z Pay Services, Inc., such that it would be prudent to have a Chapter 11 Trustee appointed as soon as possible in order preserve the assets of the Estate for the

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

231554_1.DOC [13577.1]

Page 1 of 4

1  benefit of creditors.  This Motion is supported by the separately filed Motion to Appoint Trustee,
2  the separately filed Attorney Information Sheet and the attached Affidavit of Amy N. Tirre, Esq.
3        WHEREFORE, ADP prays for an order shortening time for the hearing on its Motion to
4  Appoint Trustee on Monday, August 14, 2006 or Friday, August 18, 2006, or as soon as possible
5  thereafter.
6        Dated this 10th day of August, 2006.

                      KUMMER KAEMPFER BONNER
                      RENSHAW & FERRARIO

                      By:___/s/ Amy N. Tirre_____
                          Amy N. Tirre, Esq.

                      Attorney for Alternative Debt Portfolios, L.P.;
                      and Alternative Debt Portfolios, LLC

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

231554_1.DOC [13577.1]

Page 2 of 4

**AFFIDAVIT OF AMY N. TIRRE IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME ON ALTERNATIVE DEBT PORTFOLIOS' MOTION TO APPOINT TRUSTEE PURSUANT TO 11 U.S.C. 1104(A) AND (B)**

STATE OF NEVADA      )
                     ) ss:
COUNTY OF WASHOE     )

I, AMY N. TIRRE, being first duly sworn, depose and say under penalty of perjury, that the following assertions of this Affidavit are true as follows:

1. I am an attorney with the law firm of Kummer Kaempfer Bonner Renshaw & Ferrario ("Kummer Kaempfer") and admitted to practice law in Nevada and before the United States District Court in and for the District of Nevada.

2. Kummer Kaempfer represents Alternative Debt Portfolios, LLC, and Alternative Debt Portfolios, L.P. (collectively "ADP"). I provide this affidavit in support of ADP's Motion for Order Shortening Time for a Hearing on ADP's Motion to Appoint Trustee pursuant to LR 9006(a). I have personal knowledge of the facts and circumstances set forth herein unless otherwise stated upon information and belief.

3. On the afternoon of Wednesday, August 9, 2006, I spoke directly on the telephone with Janet L. Chubb, Esq., who represents the petition creditors, as well as Barry Breslow, Esq. and Jeffrey L. Hartman, Esq., who represent Debtor E-Z Pay Services, Inc., regarding the proposed order shortening time. As set forth in the Attorney Information Sheet, Ms. Chubb consents to an order shortening time. Mr. Breslow and Mr. Hartman do not consent to an order shortening time.

4. I submit that the Court should hear the Motion to Appoint Trustee on shortened time because as set forth in the Motion, Debtor E-Z Pay Services, Inc.'s principal and CEO, Debra Distler, has committed acts of fraud, dishonesty and gross mismanagement to the detriment of the Debtor E-Z Pay Services, Inc., such that it would be prudent to have a Chapter

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

231554_1.DOC [13577.1]

11 Trustee appointed as soon as possible in order preserve the assets of the Estate for the benefit of creditors.

5. Debtor and ADP are being subjected to numerous lawsuits in jurisdictions across the United States due to Debra Distler's actions. To date, actions have been filed in Texas, South Carolina, California and Michigan. As these actions continue, the Estate's assets will be dissipated.

FURTHER AFFIANT SAYETH NAUGHT.

_____
AMY N. TIRRE

SUBSCRIBED and SWORN to before me this 10th day of August, 2006.

_____
NOTARY PUBLIC

MICHELL L. NOBACH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 91-0889-2 · Expires May 17, 2008

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

231554_1.DOC [13577.1]